**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Bashir Olawale AJENIFUJA,**
**aka Gbolahan Abayomi,**
**Defendant—Appellant.**

**No. 02–50407.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 23, 2003.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's request for oral argument is denied.

Before: RYMER, THOMAS, and SILVERMAN, Circuit Judges.

### MEMORANDUM **

Bashir Olawale Ajenifuja appeals his 96–month sentence imposed after he pleaded guilty to conspiracy to launder money, in violation of 18 U.S.C. § 1956(h). Ajenifuja contends that the district court erred by increasing his offense level by four points for his leadership role under U.S.S.G. § 3B1.1(a). We have jurisdiction under 18 U.S.C. § 3742(a). We review for clear error, *United States v. Maldonado*, 215 F.3d 1046, 1050 (9th Cir.2000), and we affirm.

■ Because Ajenifuja was a leader and organizer of a bank fraud, identity theft, and money laundering scheme that involved five or more participants, the district court did not err by increasing his offense level under U.S.S.G. § 3B1.1(a). *See United States v. Savage*, 67 F.3d 1435, 1443 (9th Cir.1995) (explaining that "the adjustment for role is based on all relevant

** This disposition is not appropriate for publication and may not be cited to or by the

conduct, as defined in U.S.S.G. § 1B1.3, and not solely on the defendant's role in the offense of conviction").

■ In addition, the district court properly relied on the presentence report to find that Ajenifuja was a leader or organizer and that the criminal activity involved five or more participants. *See Maldonado*, 215 F.3d at 1051 (district court may rely on evidence in the presentence report to support a finding that an upward adjustment is warranted under section 3B1.1).

**AFFIRMED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.